ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br>CLAUDE W. NICHOLAS, et al.,<br>　　　　　Defendant. | Case No. 96cr2463-K<br><br>MOTION AND ORDER TO DISMISS INDICTMENT AND WITHDRAW ARREST WARRANT WITHOUT PREJUDICE |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Carol C. Lam, and Assistant U.S. Attorney, William V. Gallo, and hereby moves to dismiss, without prejudice, the indictment and withdraw the arrest warrants based thereon as to defendant GERARDO EDY QUINTANA (7), in the interest of justice.

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-entitled action be dismissed, without prejudice, as to defendant GERARDO EDY QUINTANA (7).

//
//
//

1     IT IS FURTHER ORDERED that the arrest warrants be withdrawn, if
2 such warrants were issued.
3     IT IS FURTHER ORDERED that any future court dates be vacated as
4 to defendant GERARDO EDY QUINTANA (7).
5     DATED: October 16, 2006.

_____
IRMA E. GONZALEZ
U.S. District Court Judge

Presented by:

CAROL C. LAM
United States Attorney

_____
William V. Gallo
Assistant U.S. Attorney